FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



---

**ROBERT MCDANIELS**,

        Petitioner - Appellant,

v.

**RICHARD J. KIRKLAND, Warden;
KRAMER, Warden**,

        Respondents - Appellees.

No. 09-17339

D.C. No. 4:05-cv-00904-PJH

**ORDER**

---

**KEELON T. JENKINS**,

        Petitioner - Appellant,

v.

**MICHAEL S. EVANS**,

        Respondent - Appellee.

No. 11-15030

D.C. No. 3:05-cv-02003-MHP

---

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.